**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-6469

_____

KENNETH J. JOHNSON, JR.,

             Plaintiff - Appellant,

        v.

J. AL CANNON, JR., Sheriff; MITCH P. LUCAS, Detention Center
Administrator; A. HANSON, Major at Detention Center; CAPTAIN
GATHERS, at Detention Center; CAPTAIN BEATTY, at Detention
Center,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Patrick Michael Duffy, Senior
District Judge.  (4:08-cv-00776-PMD)

_____

Submitted:  July 27, 2010          Decided:  August 6, 2010

_____

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth J. Johnson, Jr., Appellant Pro Se.  Eugene P. Corrigan,
III, GRIMBALL & CABANISS, Charleston, South Carolina; Harry V.
Ragsdale, CORRIGAN & CHANDLER, LLC, Charleston, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth J. Johnson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Cannon, No. 4:08-cv-00776-PMD (D.S.C. Mar. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED